1026

THE STATE OF WASHINGTON, *Respondent*, v. RANDOLPH K. SIMS, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 04-1-00243-5, James B. Sawyer II, J., entered November 4, 2004. *Affirmed* by unpublished opinion per Quinn-Brintnall, C.J., concurred in by Houghton and Armstrong, JJ.

KITHRENA M. SCHLIEP ET AL., *Appellants*, v. PROVIDENCE YAKIMA MEDICAL CENTER ET AL., *Defendants*, BONNIE KULTGEN ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Yakima County, No. 01-2-03386-6, Heather K. Van Nuys, J., entered January 9, 2004. *Affirmed* by unpublished opinion per Sweeney, A.C.J., concurred in by Schultheis and Brown, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. DEVERN A. MERRICK, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 03-1-00080-6, Robert L. Zagelow, J., entered April 2, 2004. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Thompson, J. Pro Tem., concurred in by Kato, C.J., and Brown, J.

THE STATE OF WASHINGTON, *Respondent*, v. DAVID M. GARZA, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 04-1-00263-7, Donald W. Schacht, J., entered September 7, 2004. *Affirmed* by unpublished opinion per Kato, C.J., concurred in by Brown, J., and Thompson, J. Pro Tem.